[No. 34023-2-II.  Division Two.  February 27, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. FLOYD WAYNE DRANE, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 03-1-05262-2, Rosanne Buckner, J., entered October 18, 2005. *Affirmed* by unpublished opinion per Van Deren, J., concurred in by Houghton, C.J., and Penoyar, J.

[Nos. 34027-5-II; 35255-9-II.  Division Two.  February 27, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. RYAN D. ANDERSON, *Appellant*.

*In the Matter of the Personal Restraint of* RYAN D. ANDERSON, *Petitioner*.

Appeal from a judgment of the Superior Court for Jefferson County, No. 04-1-00071-3, Craddock D. Verser, J., entered November 10, 2005, together with a petition for relief from personal restraint. Judgment *affirmed* and petition *denied* by unpublished opinion per Quinn-Brintnall, J., concurred in by Bridgewater, C.J., and Armstrong, J.

[No. 34049-6-II.  Division Two.  February 27, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. LISSA ANN LATHROP, *Appellant*.

Appeal from a judgment of the Superior Court for Lewis County, No. 05-1-00447-3, H. John Hall, J., entered November 16, 2005. *Affirmed* by unpublished opinion per Penoyar, J., concurred in by Bridgewater and Armstrong, JJ.